*New Filing.*

# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

MARC WACHTER

M12656

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

ROB Jeffries  Director

Of IDOC  AT EC

_____

_____

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number 21 - 1536 - DWD

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

I.     **JURISDICTION**

**Plaintiff:**

A.     Plaintiff's mailing address, register number, and present place of
confinement.   MARC WACHTER  M12656
Centralia Correctional Center
P.O. Box 711
Centralia, IL 62801

**Defendant #1:**

B.     Defendant  ROB Jeffries  _____ is employed as
(a)        (Name of First Defendant)

Illinois  Dept of Corrections  Director
(b)            (Position/Title)

with  Illinois  Dept of Corrections  Springfield
(c)         (Employer's Name and Address)        Ill

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:

Rob Jeffries was/is acting Director
of Ill Dept of Corrections, IDOC is
a state entity receiving federal funds.

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Debbie ~~Baroque~~ Knoure_ is employed as

(Name of Second Defendant)

_ADMINISTRATIVE REVIEW Board_

(Position/Title)

with _ILL DEPT of CORRECTIONS under_

(Employer's Name and Address)

_Rob Jeffries in Springfield IL_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

_Debbie Knoure Denies or ADVANCES
Appeals of inmate grievances, for
Rob Jeffries, IDOC, & The review
Board._

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

D) Defendant # 3

Defendant   Medical Director for IDOC
John Doe (Jane Doe #1
_____ Name of 3RD Defendant _____

Medical Director for all IDOC facilities
_____ Posistion & title _____

with   Illinois Department of corrections
_____ Employers Name & Address _____

Presumably   Springfield ILL
_____

At the time of the claim's alledged in this
complaint Arose, was Defendant #3 employed
By the state, local, or federal Government ☒ yes ☐ no

    if yes briefly explain

    John/Jane Doe # is/was the medical
    Director for all IDOC facilities
    And is Responsible for Managing
    medical care for them.

E) Defendant # 4

<u>LANA   HEALTH CARE ADMINISTRATOR.</u>

is employed As

<u>HEALTH CARE ADMINISTRATOR FOR CCC</u>
<u>at CCC (CENTRALIA Correctional center)</u>

with   The Illinois DEPT OF corrections
<u>facility CCC</u>

P.O. BOX 7711
Centralia, IL 62801
<u>                                      ADDRESS</u>

AT The time The claim(s) alledged this complaint
AROSE, WAS Defendant #4 employed by the State,
LOCAL, Federal Government  ☒ yes ☐ NO

If yes, PLEASE EXPLAIN. Briefly.
LANA WAS the HCUA and Replied
to Emergency grievance # E-21-6-9 for
The IDOC Local institution CCC,

F)   Defendant #5

Defendant DR V. SHAW was employed
By wexford medical services as a
DR to provide medical care AT CCC

Defendant DR. V. SHAW was one of
CCC institution DR's.
                    Employers / Title

Employers Name + ADDRESS.
wexford medical service ADDRESS unknow

Defendant DR V. SHAW worked AT
IDOC CCC   P.O. Box 7411
centralia, IL 62801

AT the time the claims arose in this complaint
was the Defendant #5 employed By STATE, local
, OR Federal Government ☒ yes ☐ NO

if yes briefly explain.

Dr V. SHAW was employed By
wexford medical services, They are
contracted By the STATE of ILL
and IDOC to Provide medical
services At CCC and other institutions

II.   **PREVIOUS LAWSUITS**

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
      Plaintiff(s): *Ross et al*

      Defendant(s): *Gosset et al*

2.    Court (if federal court, name of the district; if state court, name of the county): *Not sure what district*

3.    Docket number: *15-CV-0309 (S.D. Ill)*

4.    Name of Judge to whom case was assigned: *Not sure*

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): *Class action civil case (Orange crush shake downs*

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): *March 26 2020 The court granted class action status. Docket entry 519*

Rev. 10/3/19

11   Prievious Law suits continued

HAVE you brought any other Law suits
while you were in prison or JAIL.
☒ yes  ☐ NO

If yes  Describe each Law suit in the space
Bellow

1 PARTIES to prievuors Law'suits
    Plaintiff  MARC WACHTER  M12656

2 Defendants  ROB Jeffreies EDOC
    Dohecton AT EL

3 COURT ( 7th U.S. DISTRICT COURT, southern
    DIVISION, EAST ST LOUIS.

4 Docet #  3:21-CV-00855-smy

5 name of Judge (STACI M YANDLE)

6 TYPe of case  1983 cilil Rights case.

7 Dissposion of case  Granted Leave to
    amend. LAST Amendment
    still pending.

8 filing Date of Lawsuit  7/26/21

9 Date of Disposion  still open

10 Intial filing was Disqmised for failure to
    STATE claim for Relief, However, Granted
    Leave to amend, still amending.
    NO STRIKE issued AS FAR AS I KNOW.

7. Approximate date of filing lawsuit: *2014 Apphox*

8. Approximate date of disposition: *Still open,*

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *NO, Being Handled By Loveyy & Lovey.*

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?
   *1st stage/ filed Emeogercy greivance # E-21-6-9 two stage/ Appealed to Administrative Review Board.*

   2. What was the result?
   *1st stage Response was partialy up held undetermined how. 2nd stage ARB Denied.*

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

Assigned Grievance #/Institution: _Centralia Correctional Center_   Housing Unit: _F 2_   Bed #: _2 14_

**ILLINOIS DEPARTMENT OF CORRECTIONS**

1st Lvl rec. _____                    2nd Lvl rec. _____

## Offender's Grievance

| Date: 5-29-21 | Offender (please print): MARC WENTER | ID #: N12656 | Race (optional): white |

| Present Facility: Centralia Correctional Center | Facility where grievance issue occurred: Centralia Correctional Center |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____        Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-29-21 @ 7:70 pm I was sent to the Pre check bell because his wife of rectal bleeding. On 5-28-21 I told the show nurse this told it was about my hemroids and so I thought. I was bleeding in my stool and coughing up blood. I stoped taking all my meds except Prozac on 5-27-21. I was proscribed meds by Dr. shane approx 1 month on two days to replace restraint

[X] Continued on reverse

**Relief Requested:** I feel a remedy immediately any lawyers has to allow emergency grievances don't stop but is waiting for this one. Custom Hulu is to allowed to continuously violate the terms & conditions of his license. I don't want to see him ever again, he should be removed, I would like $50 if possible _(signed)_ fired if possible fired

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

_Marc Wenter_ Offender's Signature        ID# N12656        5-29-21 Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
JUN 03 2021
CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER

Assigned Grievance #/Institution:                                    Housing Unit: F2       Bed #: B-14

1st Lvl rec:                    **ILLINOIS DEPARTMENT OF CORRECTIONS**              2nd Lvl rec:
                                         **Offender's Grievance**

I specifically asked him if there were any side effects to no avail and I stated like that I typically have reactions and side effects to most medications. This can be confirmed by Dr. Bill (Psychiatrist) who has a special way of introducing drugs to me when necessary. Dr. Shah said there are no significant side effects to robic (I stopped taking it.) I have severe stomach. My current severe side effects are listed below and it was raised to each medical treatment immediately.

Itching, Trouble Breathing, Tightness in chest, swelling of throat, hoarseness, chest pain, fast pounding heart beat, persisted voice changes, blurred changes, ringing in my eyes, bad recurrent headaches, persistent stomach ache, shortness of breath, and sudden & perceptible weight gain.

I am also passing blood and and coughing up blood at nights.

On 5-28-21 I had saw Dr. Shah about the hernias. I pursued into from all outside sources about the side effects that worried, I asked him several times if the blood could be from my stomach or to robic (He kept repeating I was not allowed to talk about that I should only discuss the hernias) I was tried to speak in a direct way about the weight gain he again insisted that there are no significant side effects to robic and I could go Bye Bye now. He also indicated that weight gain was not a side effect of robic (it clearly is).

I am terrified that I have been off this robic for 5 days and the side effects are still here and some are getting worse. I believe these may be present or have caused permanent damage.

This Grievance is to go to HANDLE HANDLES as directed by

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## RESPONSE TO OFFENDER'S GRIEVANCE

E-2-B-4

| Grievance Officer's Report |
|---|

**Date Received:** 06/03/2021        **Date of Review:** 06/16/2021        **Grievance #** (optional): E-21-6-9

**Offender:** Wachter, Marc                                              **ID#:** M12656

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Inmate Wachter M12656 filed a grievance dated 5-29-21 regarding Medical Treatment and marked it as an emergency. The grievance was received on 6-3-21 by the Grievance Officer and forwarded to the Warden. The grievance was returned to the Grievance Officer deemed as an emergency. The grievance was forwarded to Health Care to address his concerns. Offender claims he was sent to HCU on 5-27-21 from the chow hall for trouble breathing. He claims on 5-28-21 he was seen again, this time for hemorrhoids. He claims he saw Dr. Shah about 1 month prior and was prescribed Mobic to replace his Motrin. He claims he is passing blood in his stool and coughing blood and these are side effects of the medication he was prescribed. He claims Dr. Shah refused to discuss his concern with the blood in his stool and cough, because he was there for a hemorrhoid concern.

Relief requested is: "I Need A Response immediately (my lawyer has the other emergency grievances about _____ And is waiting for this one. Question 1 (why is he allowed to continually violate the terms & conditions of his license, I don't want to see him ever Again, he should be Removed, I would like this fixed if possible."

Per written response from the DON: Was seen by Dr. Shah, labs drawn, results in chart, on Dr. line for follow up.

Inmate Wachter M12656 has been seen by Dr. Shah, labs were drawn and the results are in his chart. He is on the Dr. line for follow up.                                              con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Inmate Wachter M12656 has been seen by Dr. Shah, labs were drawn and the results are in his chart. He is on the Dr. line for follow up. If he continues to have concerns, he should submit a written request to be seen through Nurse Sick Call procedure. Staffing of the Health Care Center is determined by Administrative Decision and warrants no further review.

Jeffrey Strubhart CCII                                              **Jeffrey Strubhart** Digitally signed by Jeffrey Strubhart
Date: 2021.08.16 14:18:13 -05'00'
_____                                    _____
Print Grievance Officer's Name                                     Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

RECEIVED

| Chief Administrative Officer's Response |
|---|

**Date Received:** JUN 17 2021        ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:** CENTRALIA CORRECTIONAL CENTER
WARDEN'S OFFICE

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: _Wachter, Marc_

ID#: _M12656_

_5/18/21_
Date

Facility: _Centralia_

This is in response to your grievance received on _5/11/21_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _3/20/21_   Grievance Number: _E-21-3-155_ Griev Loc: _Centralia_

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _Medical - mri results for back, medical permit, assignment,_
_copy of file, cell assignment, mental health treatment_

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F; this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

☐ Other: _The actual treatment ordered is not within the jurisdiction_
_of this office and must be ordered by the attending physician_

FOR THE BOARD: _Debbie Knauer_    CONCURRED: _Rob Jeffreys_
Debbie Knauer                                          Rob Jeffreys
Administrative Review Board                          Acting Director

CC: Warden _Centralia_ Correctional Center
_Wachter_ ID# _M12656_

_Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization._

www.illinois.gov/Idoc

160

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: _Wachter, Marc_

Date: _7/13/21_

ID#: _M12656_

Facility: _Centralia_

This is in response to your grievance received on _7/6/21_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _5/29/21_   Grievance Number: _E-21-6-9_   Griev Loc: _Centralia_

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____  Incident # _____

☑ Other _Medical - side effects of Matrix 5/29/21_

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _Debbie Knauer_
Debbie Knauer
Administrative Review Board

CONCURRED: _Rob Jeffreys_
Rob Jeffreys
Acting Director

CC: Warden, _Centralia_ Correctional Center

_Wachter_, ID# _M12656_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in individuals in custody behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

·2.       What was the result?

G.      If your answer is NO, explain why not.

H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Claim 1    AT CCC HCU on 5-29-21 DR V. SHAW violated my U.S Constitional 8th amendment Right to be free of cruel & unusual Punishment, I explained I was Bleeding greatly in my stool + coughing up Blood. He ordered a Blood Draw to check for Anemia which took Place 6 Days later, I heard Results on 7/27/2021. No rectal exam was Done for Presents of Blood. Lack of Basic medical nessesities for Life

Claim 2 AT CCC on 6/16/2021 LANA HCU A Responded to my grievance # E-21-6-9 By stating Labs were drawn and results in chart, on Dr list for follow up. Excessive Bleeding in stool + coughing up Blood is orally checked By Rectal exam sprayed with reactant, Blood Draw imeddatly, + Throat examination. This is known By Med staff. This constitutes a violation to the U.S constitution 8th amendent granted against cruel & unusual Punishment.

Claim #3 Continued Is Civil Due to 3/29/2021

Prescribed 7.5 mg of mobic to replace
the motrin Preprcibed By Dr Peligrin.
AT CCC HCU. Due to Excesses Heart Probr.
Plaintiff explained He has Autism
Spectrum Disorder (affecting his ability
to Interprit emotion,Lies, facial expressions ect.)
Dr Plaintiff specifically Asked 3 times
About side effects of mobic. DR
SHAW SAID There Are no significant
side effects and I should go now.
Over next few weeks Plaintiff suffered
from Dozens of very serious side effects
from mobic. This constitues the tort
Of AssAult & Battery. This constituetes
A U.S. Constitutional violation of the 8th
amendmeat to be free cruel & unusal Punichmeat
By withholding vidial medical care, Life necessity
This violates

Claim #4 WAIW ON 6/10/2021 AT CCC violated

Claim #4 Dr V. SHAW ON 5/29/2021 violated my
constional Civil Right covered By the 14th
amendmendent of social Protection of the
laws when Dr V. SHAW Exploited (Disscrimined
AGAInST A DiSSAbled person Protected By
ADA Laws when he knowing lied about the
side effects to mobic. He placed my life
in Danger by using the Public trust.

Claim #5    Lana HCUA on 6/16/2021 At CCC
violated Plaintiffs Right to Due
Process covered By the 5th & 14th
Amendment of the U.S. Constitution
when she Knowing responded that
Proper care was beeing given. SHE
Knew the APPROPRIATE tests & exames
were not Performed.

Claim #6    Lana HCUA on 6/16/2021 AT CCC
violated my 8th amendment U.S constitutional
Right to be free cruel & unusall
Punishment By saying all test were Done properly
~~when violated my~~ I still have side effects
As of 11-29-2021

Claim #7    Lana HCUA on 6/16/2021 AT CCC
violated my 14th amendment right covered
By The U.S. Constitution to ~~be~~ EQUALL
Protection under the law when she
willfully Allowed the exploitation/Discrimination
of An ADA Qualified inmate.

Claim #8    Director Jeffries, Debbie Knous & Medical
Director violated Plaintiffs 8th amendment
Right to be free from cruel & unusual
Punishment, The Right to Basic Life
necessities, And Failure to Protect, By
NOT investigating the grievance, Allowing
Plaintiff to suffer physical, emotional
& Psicological Damage & Denial of any
Relief.

CLAIM #9 DR V. SHAW ON 4-15-2021 APPROX AT CCC violated my 5th & 14th U.S. constitutional Right of choice covered By the Due Process clauses of each amendmendment when he lied / with held vital information concerning treatment side effets effectively Deriving my Right ~~off it~~ to give informed consent And Administering Drugs / procedures ect.

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Plaintiff Request = Injunctive relief by mandating HCU pass out all side effects to any drug prescribed, mandate nessessary tests for blood in stool & throat, Doctors statement including all Plaintiffs medical & ADA Rights

Compensatory Damages $ 800,000 / Nominal $ 1 / Punitive Damages in the Amount $ 800,000 and any other Damages deemed Nessesary

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  NOV 29th 2021
_____
(date)

_____
Signature of Plaintiff

P.O. BOX 7711
_____
Street Address

MARC WACHTER
_____
Printed Name

CENTRALIA  IL 62801
_____
City, State, Zip

M12656
_____
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Assigned Grievance #/Institution: _____

Housing Unit: F? ___   Bed #: E-14

1st Lvl rec: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: ___

I specifically asked him if there were any side
effects to avoid and I informed him that I typically
have severe bad side effects to most medications.
This can be confirmed by Dr. Bell (dentist) who has a
special way of introducing drugs to me and warned
Dr. Shah said there are no significant side effects
to nobic. (I started taking it.) I have since stopped.
My current severe side effects are listed below
and it was advised I seek medical treatment
immediately:
itching, Trouble Breathing, Tightness in
chest, swelling of throat, hoarseness, chest pain
, fast breathing or heart beat, Persistent sore throats
, mood changes, ringing in my ears, Bad persistent
headaches, Persistent stomach ache, sharpness
in breathing, and sudden + inexplicable weight
gain.
      I am also passing bloody stool and
coughing up blood at night.

      On 5-28-21 I had gone Dr. Shah about
the hemroids. I received info from an outside
source about the side effects that nobic. I
asked him several times if the blood could
be from my stomach or to nobic. (He kept
repeating I was not allowed to talk about
that I could only discuss the hemroids.) I
was trying to speak in a question about the
weight gain he repeatedly insisted that there
are no significant side effects to nobic
and I could go bye bye bod. He also
indicated that weight gain was not a side
effect of nobic. (it clearly is).
      I am terrified that I have been off
this nobic for 5 days and the side effects
are still here and some are getting
worse I believe these may be permant or
have caused permant damage.

      This Grievance is to go to
MEANDER HARRIS AS DIRECTED BY

MARC

Centralia Correctional Centre
P.O. Box 711
Centralia, IL 62801

Privilaged
Legal
mail

This correspondence
Is From An Inmate
of The IL Dept
of Corrections



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 62801
02 4W
0000378940 NOV 30 2021
$ 001.96⁰

PRIVILEGED

Clerk of the court
7th U.S. District court
750 Missouri Ave
East St Louis, IL 62201



MAIL CLEARED
US MARSHALS



RECEIVED

DEC = 2 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE